UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SEARCH WARRANTS | No. 24 M 669–672<br><br>Hon. Laura McNally<br>Magistrate Judge<br><br>Ref No. 2024R00760 |

## ORDER

The UNITED STATES OF AMERICA by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, having filed its Motion to Unseal Search Warrant Materials, Orders, and Related Filings, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT all filings that are under seal in this case shall be unseal.

ENTER:

_____
Hon. Laura McNally
Magistrate Judge
United States District Court for the
Northern District of Illinois

DATE: 3/26/2025